IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

STACI ADAMCIK,

**Plaintiff,**

-vs-                                                                    Case No.  A-10-CA-399-SS

CREDIT  CONTROL  SERVICES,  INC.  d/b/a
Credit Collection Services,

**Defendant.**

---

## JUDGMENT

BE IT REMEMBERED on the 7th  day of November 2011 the Court called the above-

captioned case, and the plaintiff Staci Adamcik appeared with counsel of record, and the defendant

Credit Control Services, Inc. appeared by and through its authorized representative and counsel of

record, and a jury composed of seven legally and duly qualified jurors having been selected, this case

proceeded to trial until November 9, 2011, when the jury returned with its unanimous verdict.  The

Court received the verdict and filed it with the Clerk.

IT IS ORDERED, ADJUDGED, and DECREED that Staci Adamcik do have and

recover judgment against Credit Control Services, Inc. in the sum of NINETEEN

THOUSAND EIGHT HUNDRED AND 00/100 DOLLARS ($19,800.00), plus interest at

0.25 percent per annum until paid, for which let execution issue.[1]

SIGNED this the ___19th___ day of December 2011.

SAM SPARKS
UNITED STATES DISTRICT JUDGE

---

[1]Pursuant to Rule 54 of the Federal Rules of Civil Procedure and Local Rule CV-7(i), Plaintiff is entitled to move for an award of attorney's fees no later than fourteen days after entry of this judgment.