IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **STACI ADAMICK,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:10-CV-00399-SS |
| | § | |
| **CREDIT CONTROL SERVICES, INC.** | § | |
| **DBA CREDIT COLLECTION SERVICES** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, Credit Control Services, Inc. ("CCS"). which gives Notice that the parties in the above-captioned case have reached a settlement. The respective parties will be filing requests for dismissal of the Appeal, withdrawal of the Attorney Fee Application and notice of Satisfaction of Judgment. The parties request that the Court retain jurisdiction over the settlement agreement for a period of (60) days.

1

Respectfully submitted,

SCANLAN, BUCKLE & YOUNG, PC

/s/ David Sander
David C. Sander
Attorney-in-Charge
Texas Bar No. 00788348
602 West 11th Street
Austin, TX  78701
E-mail: dsander@sbylaw.com
Tel: 512/478-4651
Fax:  512/478-7750
Attorneys for Defendant Credit
Control Services, Inc. dba
Credit Collection Services

**CERTIFICATE OF SERVICE**

I hereby certify that **Defendant's Notice of Settlement** was electronically filed on February 1, 2012, with the Clerk of the Court for the Western District of Texas via the CM/ECF system.  This document was served via the CM/ECF system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Dennis R. Kurz
WEISBERG & MEYERS, LLC
5025 N. Central Ave. #602
Phoenix, Arizona 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)

Noah D. Radbil
Texas Bar No. 24071015
noah.radbil@attorneysforconsumers.com
WEISBERG &MEYERS, LLC
Two Allen Center
1200 Smith Street, Sixteenth Floor
Houston, Texas 77002
Telephone: (888) 595-9111
Facsimile: (866) 317-2674

  /s/David Sander
  David Sander

2