**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **STACI ADAMCIK,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 10-CV-00399-SS** |
| | § | |
| **CREDIT CONTROL SERVICES, INC.** | § | |
| **DBA CREDIT COLLECTION SERVICES** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, Staci Adamcik, voluntarily stipulates to and requests dismissal of her Motion for Attorneys' Fees and Costs [Doc. 110], Defendant, Credit Control Services, Inc., voluntarily stipulates to and requests dismissal of its Motion for Stay and to Fix Bond [Doc. 118].

Plaintiff, Staci Adamcik, asserts that the judgment rendered in this matter has been fully satisfied.

Respectfully submitted,

WEISBERG &MEYERS, LLC

By: /s/ Dennis R. Kurz
Dennis R. Kurz
Texas State Bar # 24068183
dkurz@attorneysforconsumers.com
Two Allen Center
1200 Smith Street, Sixteenth Floor
Houston, Texas 77002
Telephone: (888) 595-9111
Facsimle: (866) 317-2674
Attorney for Plaintiff

1

SCANLAN, BUCKLE & YOUNG, PC


s/ David C. Sander
David C. Sander
Texas Bar No. 00788348
602 West 11th Street
Austin, TX  78701
Tel: 512/478-4651
Fax:  512/478-7750
E-mail: dsander@sbylaw.com
Attorneys for Defendant



**CERTIFICATE OF SERVICE**

       I hereby certify that on March 23, 2012 I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

       David C. Sander
       Texas Bar No. 00788348
       602 West 11th Street
       Austin, TX  78701
       Fax:  512/478-7750


s/ Dennis Kurz